IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**TORIE G. RICHARDSON,**

    *Petitioner***,**

v.                                                       **Case No.: 1:25cv243-MW/HTC**

**RICKY DIXON,**

    *Respondent***.**

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 6, and has also reviewed *de novo* Petitioner's objections, ECF No. 7.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 6, is **accepted and adopted**, over the Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's § 2254 habeas petition, ECF No. 1, is **DISMISSED** under Habeas Rule 4 as untimely." A certificate of appealability is **DENIED**. The Clerk shall close the file.

**SO ORDERED on October 27, 2025.**

                                                      **s/Mark E. Walker            **
                                                      **United States District Judge**